THARPE, tax-collector, *v.* GORMLEY, superintendent of banks.

RUSSELL, C. J. This was not a suit for injunction or other equitable relief, nor was it a case involving any extraordinary remedy, and under the facts appearing the case does not otherwise fall within any class of which the Supreme Court has jurisdiction. Ga. L. 1916, p. 19 (Code, § 6502). It is therefore

*Transferred to the Court of Appeals. All the Justices concur, except Hill, J., disqualified.*

No. 9174. FEBRUARY 20, 1933.

*W. H. Harris* and *C. L. Shepard,* for plaintiff.
*Park & Strozier,* for defendant.